# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00587-CR

**Cathy Lynn Gilstrap, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
### NO. 01-987-K368, HONORABLE BURT CARNES, JUDGE PRESIDING

The record reflects that prosecution of this cause was dismissed by the district court on the State=s motion.  There being no conviction, there is nothing to appeal.  The State=s motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Counsel=s motion to withdraw is dismissed.

Lee Yeakel, Justice

Before Justices Kidd, B. A. Smith and Yeakel

Dismissed for Want of Jurisdiction

Filed:  October 24, 2002

Do Not Publish